LAWRENCE J. GOTTS (*Pro Hac Vice*)
lawrence.gotts@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004-1304
Telephone:  (202) 637-2200
Facsimile:   (202) 637-2201

RYAN R. OWENS (Bar No. 269370)
ryan.owens@lw.com
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA  92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

[Additional Counsel on Last Page]

Attorneys for Defendants and Counterclaimants
**SEOUL SEMICONDUCTOR COMPANY, LTD. AND SEOUL SEMICONDUCTOR, INC.**
[Additional Counsel

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V.; and PHILIPS LUMILEDS LIGHTING COMPANY LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.; and SEOUL SEMICONDUCTOR, INC.,<br><br>Defendants.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.; and SEOUL SEMICONDUCTOR, INC.,<br><br>Counterclaimants,<br><br>v.<br><br>PHILIPS LUMILEDS LIGHTING COMPANY LLC; PHILIPS ELECTRONICS NORTH AMERICA CORPORATION; and KONINKLIJKE PHILIPS ELECTRONICS N.V.,<br><br>Counterdefendants. | Case No. SACV11-00356 AG (RNBx)<br><br>**NOTICE OF ERRATA REGARDING EXHIBITS 1, 2, 3, 4, 5, AND 6 TO DECLARATION OF DR. GERARD J. TELLIS IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: November 21, 2011<br>Time:  10:00 a.m.<br>Judge: Honorable Andrew J. Guilford<br>Courtroom: 10D |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants and Counterclaimants Seoul Semiconductor Company, Ltd. and Seoul Semiconductor, Inc. submit this Notice of Errata with respect to Exhibits 1, 2, 3, 4, 5, and 6 to Declaration of Dr. Gerard J. Tellis in Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt #61) ("Exhibits 1-6"). Exhibits 4, 5, and 6 were inadvertently omitted from Exhibits 1-6; Exhibits 1-6 were served upon opposing counsel.

Attached hereto are Exhibits 4, 5 and 6 that should have been attached to Exhibits 1-6. We apologize to the Court, its staff, and counsel for any inconvenience this error may have caused.

Dated: October 26, 2011   LATHAM & WATKINS LLP

By: /s/ Ryan R. Owens

LAWRENCE J. GOTTS
RYAN R. OWENS
Attorneys for Defendants and Counterclaimants
**SEOUL SEMICONDUCTOR COMPANY, LTD. AND SEOUL SEMICONDUCTOR, INC.**

Additional Counsel:

MICHAEL A. LADRA (Bar No. 64307)
michael.ladra@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

FRANKLIN D. KANG (State Bar No. 192314)
franklin.kang@lw.com
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

1

CASE NO. SACV11-00356 AG (RBNx)
NOTICE OF ERRATA RE EXHIBITS 1-6 TO
DECLARATION OF DR. GERARD J. TELLIS

1  ASLAN BAGHDADI (*pro hac vice*)
   aslan.baghdadi@lw.com
2  LATHAM & WATKINS LLP
   555 Eleventh Street, N.W., Suite 1000
3  Washington, D.C.  20004-1304
   Telephone: (202) 637-2200
4  Facsimile:  (202) 637-2201

5  JENNIFER L. JONAK (Bar No. 191323)
   jenny@jonak.com
6  JONAK PUGH
   One Maritime Plaza, Suite 1600
7  San Francisco, CA  94111
   Telephone: (510) 501-6276
8  Facsimile:  (510) 291-2910

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28